UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:17-CR-256-2 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| TED JOHNSON, JR., | ) | |
| Defendant | ) | |

ORDER ON COVID-19 BAIL DECISION
(Doc. 98)

The Defendant's Request for an in-court hearing on bail (Doc. 103) is DENIED. In accordance with the accompanying Memorandum of this date, the Motion for Bail (Doc. 98) is DENIED.

Dated: April 22, 2020                     BY THE COURT

*s/William Arbuckle*
William Arbuckle
U.S. Magistrate Judge